## FRANK SHOCKLEY v. STATE.

No. A-8058.   Sept. 12, 1931.
(3 Pac. [2d] 236.)

M. F. Hudson, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

DAVENPORT, P. J.   The plaintiff in error, hereinafter referred to as the defendant, was by information jointly charged with Bill Kemp of having in their possession a still, was convicted, and the defendant Shockley was sentenced to pay a fine of $50 and imprisonment for 30 days in the county jail, and appeals.

The testimony is sufficient to sustain the judgment.

118

There are no fundamental errors in the record possessing sufficient merit to warrant a reversal.

The judgment is affirmed.

EDWARDS and CHAPPELL, JJ., concur.

The testimony is sufficient to sustain the judgment. There are no fundamental errors in the record possessing sufficient merit to warrant a reversal.   The judgment is affirmed.

EDWARDS and CHAPPELL, JJ., concur.